IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| Z&L ENTERPRISES D/B/A TIERRA SANTA GOLF CLUB<br>*Plaintiff,*<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY AND SCOTTSDALE INDEMNITY COMPANY<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 7:17-cv-392 |

## NOTICE OF SETTLEMENT

Defendants Scottsdale Insurance Company and Scottsdale Indemnity Company ("Defendants") provide notice to the Court that Plaintiff and Defendants have agreed to a settlement of all claims in this lawsuit. Accordingly, Defendants respectfully request that this case be removed from the Court's trial docket for April 2019, and that any other pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
Southern District Bar No. 38513
pkemp@smsm.com
SEGAL MCCAMBRIDGE SINGER AND MAHONEY
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**ATTORNEY-IN-CHARGE FOR SCOTTSDALE INSURANCE COMPANY AND SCOTTSDALE INDEMNITY COMPANY**

OF COUNSEL:

Robert R. Russell
Texas Bar No. 24056246
Southern District Bar No. 876504
rrussell@smsm.com
SEGAL MCCAMBRIDGE SINGER AND MAHONEY
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

Victor V. Vicinaiz
Texas Bar No. 20562300
Federal I.D. No. 10956
ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 N. Tenth Street
McAllen, Texas 78504
(956) 393-6300
(956) 386-1625 – Facsimile

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 22nd day of March, 2019 to:

>Raymond L. Thomas
>Ray Thomas PC
>4900-B N. 10th Street
>McAllen, Texas 78504

>*/s/ Patrick M. Kemp*
>Patrick M. Kemp