United States District Court
Southern District of Texas
**ENTERED**
April 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| Z&L ENTERPRISES dba TIERRA SANTA GOLF CLUB,<br><br>    Plaintiff,<br>VS.<br><br>SCOTTSDALE INSURANCE COMPANY, *et al*,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 7:17-CV-392<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff Z&L Enterprises d/b/a Tierra Santa Golf Club and Defendants Scottsdale Insurance Company and Scottsdale Indemnity Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice, with each party to bear its own costs.

SO ORDERED this 12th day of April, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge